IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.3:08-cv-112 |
| v. | § | Phillips/Guyton |
| | § | |
| RELIANCE STANDARD LIFE | § | JURY DEMANDED |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michelle Miller, and Defendant, Reliance Standard Life Insurance Company, by and through undersigned counsel, hereby stipulate to dismissal of this case with prejudice.

Each party is to bear their own costs and attorney's fees.

    Respectfully submitted,

ERIC BUCHANAN & ASSOCIATES, PLLC

ATTORNEYS FOR PLAINTIFF

BY: /s/ Seth Holliday_____
     Eric L. Buchanan (#018568)
     R. Scott Wilson (#019661)
     D. Seth Holliday (#023136)
     414 McCallie Avenue
     Chattanooga  TN  37402
     (423) 634-2506

QUATTLEBAUM, GROOMS, TULL &
BURROW

ATTORNEYS FOR DEFENDANT

BY:   /s/*Ginger C. Hyneman*

Ginger C. Hyneman (# 020691)
Quattlebaum, Grooms, Tull & Burrow
300 South Church Street
Fourth Floor, Suite 1
Jonesboro, AR 72401
(870) 931-1701

E.B. Chiles, IV (# 019331)
QUATTLEBAUM, GROOMS,
 TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric L. Buchanan
R. Scott Wilson
D. Seth Holliday
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506

By: /s/ Ginger C. Hyneman\_\_\_\_\_
Ginger C. Hyneman